# EXHIBIT A



UNITED
SOVEREIGN
AMERICANS
Florida Chapter

| Scorecard Claims with Query Key |

| | 1. Were the voter rolls accurate, as required by the National Voter Registration Act | |
|---|---|---|
| 1 | Invalid Addresses Found | 270,804 |
| | USA-FL1-04-02-ADR-ResAddrMissingUnitNumber | 251,704 |
| | USA-FL1-04-03-ADR-MailingAddrMissingUnit | 4,117 |
| | USA-FL1-08-03-ADR-Government | 11,554 |
| | USA-FL1-08-05-ADR-Marinas | 3,319 |
| | USA-FL1-08-04-ADR-InvalidAddr | 110 |
| 2 | 10-15 People Registered at a Single Family Home | 11,819 |
| | USA-FL1-08-02-10to15atSFH | |
| 3 | 6-89 Voters Registered at a Single Apartment or Lot | 10,988 |
| | USA-FL1-07-01-ADR-Over6VotersSameUnit | |
| 4 | Illegal Duplicates (after removal of multiple occurances of same voter) | 17,290 |
| | USA-FL1-03-01-DUP-FMILDOB | |
| | USA-FL1-03-02-DUP-FLAddr1DOBYR | |
| | USA-FL1-03-03-DUP-FDOByrAddr1 | |
| | USA-FL1-03-04-DUP-FLPhone | |
| | USA-FL1-03-05-DUP-FDOByrPh | |
| | USA-FL1-03-06-DUP-FEmailDOByr | |
| | USA-FL1-03-07-DUP-FMILPh | |
| | USA-FL1-03-08-DUP-AdrDOBPhone | |
| | USA-FL1-03-09-DUP-AdrDOBEmail | |
| | USA-FL1_03-10-DUP-LDOBPhone | |
| | USA-FL1_03-11-DUP-LDOBEmail | |
| | USA-FL1_03-12-DUP-FLEmail | |
| 5 | Inactive and 8+ years without voting | 157,960 |
| | USA-FL1-18-01-TIM-InactiveNotPurged | |
| 6 | Registered while voter rolls were closed for 2022 GE | 41,336 |
| | USA-FL1-14-01-TIM-RegdAfterCutoff | |
| 7 | Backdated registrations | 439 |
| | USA-FL1-13-01-IDT-RegDateChangedEarlier | |
| 8 | Age discrepant registrants (older than 110, the oldest person in Florida) | 887 |
| | USA-FL1-15-01-DOB-TooOld | |
| 9 | Registered before age 16 | 507 |
| | USA-FL1-15-02-DOB-TooYoung | |
| 10 | Sunday registration, 1900 - Sept. 2017 | 19,771 |
| | USA-FL1-16-01-RDT-SundayorHoliday | |
| 11 | Federal Holiday Registrations, 1900 - Sept. 2017 | 20,213 |
| | USA-FL1-16-01-RDT-SundayorHoliday | |
| 12 | Invalid Names | 12,912 |
| | USA-FL1-09-01-SUS-InvalidNames | |

| | 2. Were the votes counted from eligible voters, as required by the US Constitution? |
|---|---|
| 13 | Blank ballots reported 88,635 |
| | 01_2022-gen-aggregateresultsoverunderreport_public.xlsx (live.com)<br><br>https://view.officeapps.live.com/op/view.aspx?src=https%3A%2F%2Ffiles.floridados.gov%2Fmedia%2F706311%2F01_2022-gen-aggregateresultsoverunderreport_public.xlsx&wdOrigin=BROWSELINK |
| 14 | Voted more than once 42 |
| | USA-FL2-01-01-VOT-VotedMoreThanOnce |

# EXHIBIT B



United Sovereign Americans

# Florida's 2022 General Election Validity Scorecard

## ★ 1. Were the voter rolls accurate, as required by the National Voter Registration Act of 1993?

| Ineligible or Uncertain Registration Type as of June 2023 | Number of Instances[1] |
|---|---|
| Invalid addresses found | 270,804 |
| 10-15 people registered at a single family home | 11,819 |
| 6 – 89 voters registered in a single apartment or lot | 10,988 |
| Illegal duplicates | 17,096 |
| Inactive and 8+ years without voting (Statute 98.065 2 a.b. – 5.d. ) | 157,960 |
| Registered while voter rolls were closed for 2022 GE | 41,336 |
| Backdated registrations | 439 |
| Age discrepant registrants (older than 110, the oldest known person in Florida ) | 887 |
| Registered before age 16 | 507 |
| Sunday registration, 1900 – Sept. 2017 | 19,771 |
| Federal holiday registration, 1900 – Sept. 2017 | 20,213 |
| Invalid names | 12,912 |
| **APPARENT REGISTRATION VIOLATIONS:** | **564,732** |

## ★ 2. Were the votes counted from eligible voters, as required by the US Constitution?

| Ineligible or Uncertain Registration Type that Voted in 2022 General Election | Votes cast in 2022 GE[2] |
|---|---|
| Invalid/incomplete address & voted | 77,063 |
| 10-15 voters registered at a single family home | 3,042 |
| 6 – 89 voters registered in a single apartment or lot | 2,470 |
| Illegal duplicate registrations – All votes | 6,867 |
| Illegal duplicate registrations – Double+ votes | 1,724* |
| Registered after 2022 GE cutoff date, yet voted | 51 |
| Backdated registration date | 208 |
| Age discrepant registrants (older than 110, the oldest known person in Florida ) | 3 |
| Registered on Sundays 1900 – Sept. 2017 | 10,132 |
| Federal holiday registration, years 1900 – Sept. 2017 | 12,207 |
| Invalid names | 7,844 |
| Blank ballots reported | 88,635[3] |
| Double voters | 42 |
| **APPARENT VOTING VIOLATIONS:  (*NOT INCLUDED IN TOTAL )** | **208,024** |
| **UNIQUE VOTES IMPACTED BY APPARENT VOTING VIOLATIONS:** | **205,750** |

## ★ 3. Was the number of votes counted equal to the number of voters who voted?

| Official Source | per Dec. 2022 Voter History File[2] |
|---|---|
| Florida DOE Official Results of 2022 GE — Votes counted | 7,796,916 |
| Florida raw data, official federal document — Voters who voted | 7,651,607 |
| **DIFFERENCE: More votes counted than voters who voted** | **145,309** |

## ★ 4. Was the number of ballots in error valid according to the Help America Vote Act of 2002?

| | |
|---|---|
| Apparent voting violations in the 2022 GE according to Florida DOE raw data | 205,750 |
| Allowable machine error rate is 1/10,000,000 ballot positions or 1/125,000 ballots | 62 |
| **Provable accuracy fails to meet any protective legal standard** | **Unresolved vote errors:  205,688** |

*"Congress seeks. . . .to guard the election of members of Congress against any possible unfairness by compelling, under its pains and penalties, everyone concerned in holding the election to a strict and scrupulous observance of every duty devolved upon him while so engaged. . . . The evil intent consists in disobedience to the law."*  —In re Coy, 127 U.S. 731 (1888)

[1] Source: The official Florida DOE 20221102_VoterDetail file
[2] Source: The official Florida DOE 20221215_VoterHistory file
[3] Source: The official Florida DOE 2022 General Election Report on Overvotes and Undervotes

Unite4Freedom.com   ★   info@Unite4Freedom.com

© United Sovereign Americans, Inc.

07242024

**EXHIBIT C**



# Florida's 2022 General Election Validity Reconciliation

| GROUP | DESCRIPTION | REGISTRATIONS | 2022 GENERAL ELECTION VOTES |
|---|---|---|---|
| Eligible | Records appear valid so voters are presumed **eligible** to vote. Results can be certified. | 15,176,814 | 7,573,512 |
| Uncertain | Records contain illogical and/or invalid information, so it is **uncertain** whether voters are eligible to vote. Investigation is required before results can be certified. | 114,266 | 39,946 |
| Ineligible | Records appear to violate black letter election laws, so voters are presumed **ineligible** to vote. Investigation is required before results can be certified. | 293,605 | 38,149 |
| Deadwood* | | 157,960 | 0 |
| **TOTAL** | | **15,742,645** | **7,651,607** |
| Total Database Records / Total Votes Counted per official published tallies | | 15,742,645 | 7,796,916 |
| **DIFFERENCE** | | **0** | **145,309 \*\*** |

Registration Error Rate^  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2.86%

Vote Error Rate (includes blank ballots and votes without voters)^^. . . . . . . . . . . . . . . 3.49%

Margin of Victory in FL Congressional District 22 Primary (11,960/11,827 votes) + . . . . . . 0.38%

Margin of Victory in FL House District 29 Primary (7,450/7,420 votes) ++ . . . . . . . . . . . . . 0.20%

Legal Standard of Allowable Error for Federal Elections+++. . . . . . . . . . . . . . . . . . . . . . . 0.0008%

United Sovereign Americans ©2024 All Rights Reserved.    07262024




# Florida's 2022 General Election Validity Reconciliation

**The measured error rate of the electoral process in Florida, from registration through certification, makes it impossible to legally certify any election in Florida whether due to ignorance, arrogance or malice.**

The registration and voting error rates reported here represent minimums. We have ample reason for concern, after two years of careful study, that the actual error rates are higher.

## The error rate in the 2022 General Election was 4,362 times the legal standard for system accuracy (3.49% *vs* 0.0008 %).

* "'Deadwood' allows for fraudulent ballots, which can be used to stuff the ballot box." Federal Prosecution of Election Offenses, Eighth Edition, 2017, US Department of Justice Public Integrity Section, Chapter 2 Corruption of the Election Process (B)(5)(a), Richard C. Pilger, ed., p. 28.

** 145,309 votes counted are completely unaccounted for in the system. They are not associated with any voter as of the date of certification.

^ Ineligible + Deadwood / total registrations in November 2022

^^ Ineligible + Blank Ballots + Votes without Voters / total 2022 GE votes

+ Data taken from Florida Division of Elections, 2022 Primary Results: https://results.elections.myflorida.com/Index.asp?ElectionDate=8/23/2022&DATAMODE=

++ Data take from Florida Division of Elections, 2022 Primary Results: https://results.elections.myflorida.com/Index.asp?ElectionDate=8/23/2022&DATAMODE=

+++ "This rate is set at a sufficiently stringent level such that the likelihood of voting system errors affecting the outcome of an election is exceptionally remote even in the closest of elections." Voting System Standards, Volume I: Performance Standards. April, 2002, Federal Election Commission, United States of America. The accuracy requirement of the voting system is predicated on the voter rolls being accurate as required by the National Voter Registration Act, 1993.

*Source: The official Florida DOE 2022112_VoterDetail file & the official Florida DOE 20221215_VoterHistory file*

United Sovereign Americans ©2024 All Rights Reserved.    07262024

**EXHIBIT D**

| | Column Labels | | | | |
| | A. Invalid Addr | | B. Missing Unit | | C. Non-SFH |
| County | Sum of Violations | Sum of Votes | Sum of Violations | Sum of Votes | Sum of Violations |
|---|---|---|---|---|---|
| Alachua | 4573 | 1093 | 47 | 19 | 6 |
| Baker | 86 | 39 | 4 | 2 | |
| Bay | 1452 | 416 | 22 | 8 | 42 |
| Bradford | 165 | 53 | | | 1 |
| Brevard | 3759 | 1337 | 65 | 24 | 42 |
| Broward | 23655 | 6453 | 419 | 115 | 11 |
| Calhoun | 70 | 29 | | | |
| Charlotte | 990 | 424 | 18 | 9 | 48 |
| Citrus | 522 | 194 | 18 | 6 | 9 |
| Clay | 1201 | 436 | 12 | 5 | 12 |
| Collier | 552 | 216 | 1 | 1 | 5 |
| Columbia | 334 | 74 | 8 | 3 | 4 |
| Desoto | 199 | 75 | | | 2 |
| Dixie | 184 | 47 | | | 2 |
| Duval | 10986 | 2737 | 110 | 35 | 388 |
| Escambia | 6653 | 1641 | 72 | 22 | 16 |
| Flagler | 198 | 80 | 14 | 5 | 3 |
| Franklin | 125 | 55 | | | 4 |
| Gadsden | 290 | 47 | | | |
| Gilchrist | 68 | 25 | 2 | | |
| Glades | 265 | 105 | | | |
| Gulf | 78 | 28 | 1 | | 1 |
| Hamilton | 89 | 28 | | | 2 |
| Hardee | 202 | 38 | | | 8 |
| Hendry | 313 | 93 | 11 | 5 | 2 |
| Hernando | 594 | 209 | 36 | 12 | 8 |
| Highlands | 511 | 98 | 4 | 1 | 8 |
| Hillsborough | 13005 | 3328 | 353 | 73 | 53 |
| Holmes | 86 | 41 | | | 1 |
| Indian River | 747 | 263 | 8 | 2 | 2 |
| Jackson | 308 | 100 | 2 | 1 | 3 |
| Jefferson | 59 | 29 | | | |
| Lafayette | 53 | 27 | | | 3 |
| Lake | 3079 | 1165 | 3 | 2 | 40 |
| Lee | 5862 | 2080 | 9 | 5 | 10 |
| Leon | 6059 | 1368 | 798 | 197 | 6 |
| Levy | 539 | 275 | 1 | | 9 |
| Liberty | 32 | 12 | | | |
| Madison | 78 | 23 | | | 4 |

| | | | | | |
|---|---|---|---|---|---|
| Manatee | 2353 | 791 | 15 | 8 | 19 |
| Marion | 2145 | 778 | 36 | 14 | 23 |
| Martin | 1646 | 750 | 27 | 12 | 1 |
| Miami-Dade | 36936 | 10116 | 802 | 194 | 76 |
| Monroe | 3636 | 1289 | 18 | 9 | 156 |
| Nassau | 640 | 248 | 4 | 2 | 6 |
| Okaloosa | 9233 | 3252 | 8 | 2 | 8694 |
| Okeechobee | 667 | 259 | 1 | | 2 |
| Orange | 13030 | 3955 | 145 | 49 | 15 |
| Osceola | 3746 | 937 | 28 | 9 | 6 |
| Palm Beach | 23101 | 7039 | 241 | 82 | 10 |
| Pasco | 2513 | 919 | 23 | 6 | 244 |
| Pinellas | 11807 | 4215 | 94 | 33 | 20 |
| Polk | 6108 | 1537 | 40 | 13 | 163 |
| Putnam | 485 | 174 | 3 | 1 | 3 |
| Santa Rosa | 1617 | 401 | 21 | 5 | 25 |
| Sarasota | 4952 | 1979 | 119 | 40 | 344 |
| Seminole | 2385 | 594 | 26 | 10 | 3 |
| St. Johns | 1650 | 678 | 39 | 16 | 30 |
| St. Lucie | 2245 | 490 | 23 | 2 | 6 |
| Sumter | 973 | 390 | 10 | 2 | 29 |
| Suwannee | 334 | 130 | | | |
| Taylor | 87 | 32 | | | 3 |
| Union | 56 | 17 | | | 1 |
| Volusia | 5465 | 1400 | 53 | 20 | 24 |
| Wakulla | 167 | 77 | 3 | 1 | 1 |
| Walton | 341 | 154 | 9 | 6 | 16 |
| Washington | 149 | 30 | 2 | 1 | 3 |
| (blank) | 25217 | 2615 | 289 | 21 | 876 |
| **Grand Total** | **251,705** | **70,027** | **4,117** | **1,110** | **11,554** |

# United Sovereign Americans (Florida SCO

**(Note: Purged Registrations are in the last row - {blank}

| C. Non-SFH Sum of Votes | D. Marina Sum of Violations | Sum of Votes | E. 999905 Boat Sum of Violations | Sum of Votes | F. 10-15 SFH Sum of Violations |
|---|---|---|---|---|---|
| 1 | 1 | | | | 124 |
| | | | | | 11 |
| 19 | | | | | 35 |
| 1 | 2 | 2 | | | 19 |
| 21 | 19 | 16 | 1 | 1 | 209 |
| 5 | 4 | 2 | 1 | 1 | 1490 |
| | | | | | 12 |
| 19 | 14 | 11 | | | 47 |
| 2 | 2 | 2 | | | 27 |
| 8 | 2845 | 1751 | | | 67 |
| 2 | 5 | 4 | | | 88 |
| 4 | | | | | 15 |
| | 2 | 2 | | | |
| 2 | | | | | |
| 161 | 7 | 6 | | | 351 |
| 8 | 2 | 2 | | | 130 |
| | 4 | 2 | | | 41 |
| 4 | | | | | |
| | | | | | 82 |
| | 1 | 1 | | | 3 |
| | 2 | 2 | | | |
| | 1 | | | | 11 |
| 2 | | | | | |
| 4 | 2 | 2 | | | 1 |
| 2 | 2 | 2 | | | 25 |
| 8 | 6 | 4 | | | 4 |
| 3 | 3 | 2 | | | 3 |
| 29 | 4 | 4 | 1 | | 984 |
| | | | | | |
| 2 | 13 | 13 | | | 19 |
| 2 | 2 | 1 | | | 20 |
| | | | | | 1 |
| 2 | | | | | |
| 23 | 14 | 10 | 1 | | 126 |
| 6 | 20 | 16 | | | 145 |
| 3 | | | | | 133 |
| 7 | 6 | 6 | | | 9 |
| | | | | | |
| 4 | 2 | 2 | | | 6 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 11 | 2 | | | | 65 |
| 14 | 11 | 10 | | | 137 |
| | 12 | 10 | | | 48 |
| 16 | 3 | 3 | | | 2298 |
| 99 | 14 | 11 | 91 | 24 | 29 |
| 4 | 5 | 4 | | | 78 |
| 3083 | 5 | 4 | | | 44 |
| 2 | | | | | 7 |
| 6 | 3 | 3 | | | 988 |
| | 2 | | | | 455 |
| 2 | 3 | 3 | | | 741 |
| 85 | 3 | 2 | | | 172 |
| 10 | 12 | 7 | | | 221 |
| 59 | 17 | 10 | | | 370 |
| 1 | 2 | 2 | | | 20 |
| 11 | 4 | 2 | | | 258 |
| 162 | 14 | 13 | | | 109 |
| | 2 | | | | 307 |
| 13 | 13 | 7 | | | 70 |
| 2 | 13 | 11 | | | 148 |
| 14 | 6 | 6 | | | 13 |
| | 2 | 2 | | | 10 |
| | | | | | |
| 1 | | | | | 10 |
| 11 | 9 | 9 | | | 247 |
| | 1 | 1 | | | 3 |
| 10 | 2 | | | | 8 |
| 2 | | | | | 20 |
| 170 | 174 | 108 | 15 | | 705 |
| **4,142** | **3,319** | **2,093** | **110** | **26** | **11,819** |

**ORECARD) (By County)**

County)

| F. 10-15 SFH Sum of Votes | G. 6+ Apt/Lot Sum of Violations | Sum of Votes | H. Ill Dups Sum of Violations | Sum of Votes | I. Inactive Sum of Violations |
|---|---|---|---|---|---|
| 27 | 180 | 35 | 248 | 91 | 5343 |
| 5 | | | 23 | 6 | 294 |
| 10 | 83 | 22 | 140 | 46 | 5127 |
| 5 | 18 | | 38 | 25 | 389 |
| 61 | 186 | 41 | 688 | 428 | 11585 |
| 423 | 1588 | 458 | 2243 | 895 | 31448 |
| 5 | | | 16 | 6 | 299 |
| 12 | 45 | 11 | 66 | 28 | 290 |
| 8 | 19 | 9 | 96 | 49 | 2546 |
| 27 | 53 | 20 | 280 | 162 | 5265 |
| 27 | 302 | 102 | 189 | 124 | 5601 |
| | 28 | 12 | 114 | 46 | 1688 |
| | | | 19 | 5 | 36 |
| | | | 21 | 8 | 275 |
| 89 | 383 | 89 | 1158 | 425 | 21223 |
| 23 | 196 | 25 | 403 | 114 | 11656 |
| 11 | 98 | 26 | 64 | 37 | 3205 |
| | | | 21 | 6 | 310 |
| 13 | 7 | | 66 | 19 | 971 |
| 1 | 1 | | 43 | 16 | 1058 |
| | | | 19 | 11 | 304 |
| 5 | | | 36 | 21 | 515 |
| | | | 11 | 2 | 342 |
| | | | 43 | 6 | 11 |
| 5 | 4 | 1 | 38 | 13 | 817 |
| | 13 | | 153 | 95 | 3464 |
| | 15 | 2 | 81 | 30 | 1041 |
| 260 | 595 | 139 | 752 | 333 | 37206 |
| | | | 5 | 2 | 68 |
| 6 | 41 | 8 | 137 | 44 | 10815 |
| 12 | 1 | 1 | 34 | 15 | 1165 |
| | | | 23 | 15 | 52 |
| | | | | | 67 |
| 56 | 131 | 25 | 165 | 87 | 5956 |
| 43 | 63 | 16 | 411 | 124 | 15934 |
| 34 | 481 | 87 | 258 | 98 | 11894 |
| 3 | 11 | 2 | 48 | 33 | 900 |
| | | | 11 | 4 | 120 |
| 2 | | | 47 | 14 | 13 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 12 | 141 | 49 | 333 | 187 | 7728 |
| 35 | 390 | 104 | 88 | 39 | 8547 |
| 29 | 12 | | 60 | 24 | 3950 |
| 673 | 1227 | 422 | 1440 | 494 | 37268 |
| 11 | 2 | | 71 | 27 | 2296 |
| 29 | 42 | 9 | 147 | 102 | 2334 |
| 22 | 98 | 20 | 122 | 60 | 8423 |
| 5 | 6 | 2 | 27 | 8 | 555 |
| 254 | 1281 | 255 | 495 | 155 | 25734 |
| 60 | 219 | 30 | 228 | 113 | 7998 |
| 219 | 519 | 138 | 963 | 395 | 51834 |
| 37 | 181 | 35 | 297 | 168 | 10751 |
| 52 | 20 | 6 | 523 | 242 | 22815 |
| 66 | 290 | 35 | 642 | 250 | 37237 |
| 6 | 12 | 1 | 91 | 52 | 1328 |
| 67 | 49 | 14 | 78 | 34 | 7437 |
| 32 | 21 | 9 | 184 | 79 | 8736 |
| 92 | 463 | 86 | 123 | 47 | 6839 |
| 18 | 54 | 22 | 144 | 75 | 4848 |
| 19 | 83 | 18 | 288 | 110 | 5878 |
| 3 | 13 | 2 | 87 | 54 | 1463 |
| 5 | 6 | 1 | 53 | 21 | 557 |
| | | | 26 | 10 | 292 |
| 9 | | | 20 | 7 | 10 |
| 65 | 210 | 49 | 397 | 161 | 9501 |
| 3 | 1 | | 35 | 26 | 495 |
| 8 | 33 | 9 | 47 | 22 | 561 |
| 2 | 1 | | 16 | 5 | 958 |
| 60 | 1072 | 38 | 1863 | 452 | 258398 |
| **3,066** | **10,988** | **2,485** | **17,096** | **6,902** | **734,064** |

| I. Inactive Sum of Votes | J. Aft Cutoff Sum of Violations | Sum of Votes | L. Age 110+ Sum of Violations | Sum of Votes | M. Age 16- Sum of Violations |
|---|---|---|---|---|---|
| | 530 | 128 | | | 46 |
| | 64 | 15 | | | |
| | 565 | 72 | | | 6 |
| | 40 | 7 | 1 | | 1 |
| | 1607 | 207 | | | 3 |
| | 2799 | 518 | 296 | 1 | 61 |
| | 9 | | | | 2 |
| | 628 | 100 | | | 1 |
| | 434 | 63 | | | 1 |
| | 465 | 42 | 3 | | |
| | 1239 | 175 | | | 2 |
| | 125 | 8 | | | 1 |
| | 61 | 6 | | | |
| | 34 | 4 | | | 1 |
| | 1818 | 337 | 19 | | 29 |
| | 689 | 29 | 1 | | 4 |
| | 458 | 108 | | | 4 |
| | 27 | 4 | | | 1 |
| | 45 | 2 | 3 | | 4 |
| | 37 | 9 | | | 1 |
| | 21 | 2 | | | |
| | 38 | 3 | | | |
| | 20 | 3 | 1 | | |
| | 15 | 2 | 2 | | 2 |
| | 50 | 10 | 1 | | 1 |
| | 414 | 39 | 4 | | 2 |
| | 243 | 20 | | | |
| | 3292 | 507 | 2 | | 49 |
| | 34 | 3 | | | |
| | 400 | 48 | | | 2 |
| | 56 | 14 | 3 | | |
| | 12 | 6 | | | 2 |
| | 5 | 1 | | | |
| | 1065 | 177 | 6 | | |
| | 2311 | 225 | | | 26 |
| | 563 | 174 | 13 | | 11 |
| | 94 | 13 | | | 2 |
| | 7 | 2 | | | |
| | 7 | 1 | 3 | | 2 |

| | | | | |
|---:|---:|---:|---:|---:|
| 1281 | 215 | 9 | | 7 |
| 998 | 145 | | | 1 |
| 359 | 69 | 9 | | 2 |
| 6495 | 1304 | 160 | 1 | 32 |
| 216 | 28 | | | 1 |
| 277 | 69 | 1 | | 3 |
| 641 | 72 | | | 9 |
| 58 | 8 | | | 1 |
| 2924 | 408 | 19 | | 24 |
| 965 | 93 | 3 | | 5 |
| 3524 | 481 | 38 | | 71 |
| 1585 | 235 | 5 | | 4 |
| 2423 | 352 | 64 | | 6 |
| 1831 | 251 | 3 | | 6 |
| 140 | 28 | 1 | | 1 |
| 514 | 78 | 2 | | 1 |
| 1562 | 245 | 29 | | 13 |
| 923 | 143 | 5 | | 13 |
| 809 | 126 | 2 | | 1 |
| 893 | 63 | 16 | | 10 |
| 652 | 122 | | | |
| 67 | 7 | 4 | | 1 |
| 21 | 6 | 1 | | |
| 12 | 7 | | | |
| 1342 | 201 | 1 | | 2 |
| 96 | 21 | | | |
| 312 | 65 | | | |
| 45 | 3 | | | 4 |
| 1120 | 125 | 157 | 1 | 22 |
| **52,406** | **8,054** | **887** | **3** | **507** |

| M. Age 16- | N. Sun Reg | | O. Hol Reg | | P. Bad Names |
| --- | --- | --- | --- | --- | --- |
| Sum of Votes | Sum of Violations | Sum of Votes | Sum of Violations | Sum of Votes | Sum of Violations |
| 15 | 350 | 173 | 342 | 193 | 113 |
|  | 28 | 20 | 33 | 19 | 22 |
| 1 | 224 | 108 | 216 | 124 | 116 |
|  | 40 | 25 | 27 | 14 | 18 |
| 2 | 360 | 142 | 604 | 417 | 252 |
| 17 | 1741 | 816 | 1566 | 962 | 895 |
| 2 | 6 | 4 | 48 | 34 | 18 |
|  | 84 | 51 | 110 | 75 | 406 |
|  | 76 | 51 | 168 | 111 | 142 |
|  | 254 | 178 | 201 | 140 | 98 |
| 2 | 250 | 146 | 141 | 99 | 221 |
|  | 67 | 27 | 75 | 22 | 45 |
|  | 30 | 14 | 25 | 18 | 48 |
|  | 5 |  | 20 | 12 | 21 |
| 6 | 2201 | 1415 | 527 | 325 | 362 |
| 1 | 125 | 32 | 258 | 96 | 246 |
|  | 55 | 35 | 98 | 67 | 29 |
|  | 17 | 12 | 12 | 6 | 16 |
|  | 40 | 16 | 72 | 31 | 63 |
|  | 38 | 23 | 23 | 12 | 20 |
|  | 28 | 22 | 17 | 12 | 12 |
|  | 24 | 15 | 18 | 13 | 9 |
|  | 22 | 14 | 18 | 14 | 13 |
|  | 91 | 23 | 27 | 3 | 20 |
| 1 | 69 | 41 | 69 | 33 | 16 |
|  | 94 | 54 | 135 | 77 | 110 |
|  | 67 | 15 | 104 | 34 | 74 |
| 11 | 1080 | 583 | 1280 | 789 | 595 |
|  | 9 | 6 | 33 | 18 | 12 |
|  | 210 | 97 | 220 | 150 | 145 |
|  | 32 | 20 | 54 | 40 | 26 |
| 1 | 29 | 24 | 21 | 20 | 47 |
|  | 8 | 5 | 7 | 6 | 19 |
|  | 244 | 139 | 300 | 200 | 238 |
| 5 | 486 | 206 | 567 | 356 | 551 |
| 4 | 299 | 192 | 746 | 528 | 168 |
| 1 | 38 | 25 | 58 | 40 | 48 |
|  |  |  | 10 | 7 | 12 |
|  | 21 | 7 | 33 | 16 | 45 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 2 | 215 | 142 | 226 | 160 | 281 |
| 1 | 273 | 130 | 424 | 276 | 219 |
| | 120 | 76 | 164 | 110 | 175 |
| 10 | 3358 | 1501 | 1975 | 1120 | 578 |
| | 46 | 31 | 36 | 25 | 56 |
| 1 | 105 | 79 | 64 | 50 | 51 |
| 5 | 148 | 72 | 143 | 101 | 110 |
| | 19 | 11 | 48 | 29 | 14 |
| 6 | 964 | 445 | 1381 | 837 | 608 |
| | 241 | 106 | 325 | 205 | 83 |
| 26 | 1371 | 824 | 1095 | 714 | 943 |
| 3 | 228 | 130 | 672 | 361 | 296 |
| 1 | 451 | 277 | 1009 | 723 | 694 |
| 2 | 509 | 225 | 498 | 260 | 274 |
| | 81 | 45 | 148 | 103 | 46 |
| 1 | 139 | 90 | 218 | 129 | 314 |
| 2 | 261 | 157 | 244 | 165 | 534 |
| 4 | 361 | 220 | 538 | 298 | 196 |
| | 206 | 144 | 264 | 214 | 184 |
| 3 | 362 | 103 | 322 | 128 | 191 |
| | 47 | 31 | 116 | 90 | 112 |
| | 22 | 18 | 48 | 32 | 60 |
| | 42 | 31 | 43 | 29 | 27 |
| | 13 | 10 | 16 | 9 | 21 |
| | 278 | 150 | 657 | 449 | 286 |
| | 33 | 23 | 44 | 29 | 27 |
| | 45 | 28 | 44 | 30 | 42 |
| 1 | 25 | 6 | 28 | 8 | 20 |
| 3 | 966 | 206 | 1140 | 335 | 1159 |
| **140** | **19,771** | **10,087** | **20,213** | **12,152** | **12,912** |

| P. Bad Names Sum of Votes | Total Sum of Violations | Total Sum of Votes |
|---:|---:|---:|
| 65 | 11903 | 1840 |
| 19 | 565 | 125 |
| 67 | 8028 | 893 |
| 13 | 759 | 145 |
| 167 | 19380 | 2864 |
| 466 | 68217 | 11132 |
| 13 | 480 | 93 |
| 289 | 2747 | 1029 |
| 113 | 4060 | 608 |
| 62 | 10756 | 2831 |
| 155 | 8596 | 1053 |
| 30 | 2504 | 226 |
| 28 | 422 | 148 |
| 12 | 563 | 85 |
| 209 | 39562 | 5834 |
| 103 | 20451 | 2096 |
| 21 | 4271 | 392 |
| 10 | 533 | 97 |
| 25 | 1643 | 153 |
| 12 | 1295 | 99 |
| 9 | 668 | 163 |
| 5 | 732 | 90 |
| 8 | 518 | 71 |
| 4 | 424 | 82 |
| 10 | 1418 | 216 |
| 67 | 5037 | 565 |
| 38 | 2154 | 243 |
| 405 | 59251 | 6461 |
| 10 | 248 | 80 |
| 94 | 12759 | 727 |
| 19 | 1706 | 225 |
| 41 | 246 | 136 |
| 15 | 162 | 56 |
| 172 | 11368 | 2056 |
| 373 | 26395 | 3455 |
| 122 | 21429 | 2807 |
| 33 | 1763 | 438 |
| 9 | 192 | 34 |
| 27 | 261 | 96 |

| | | |
|---:|---:|---:|
| 216 | 12675 | 1793 |
| 151 | 13292 | 1697 |
| 134 | 6585 | 1214 |
| 275 | 92648 | 16129 |
| 37 | 6668 | 1591 |
| 38 | 3757 | 635 |
| 80 | 27678 | 6773 |
| 7 | 1405 | 331 |
| 362 | 47611 | 6735 |
| 50 | 14304 | 1603 |
| 569 | 84454 | 10492 |
| 214 | 16974 | 2195 |
| 492 | 40159 | 6410 |
| 157 | 47988 | 2865 |
| 27 | 2361 | 440 |
| 208 | 10677 | 1040 |
| 344 | 17122 | 3227 |
| 139 | 12184 | 1633 |
| 149 | 8314 | 1462 |
| 86 | 10478 | 1035 |
| 84 | 3521 | 798 |
| 38 | 1164 | 254 |
| 21 | 542 | 129 |
| 17 | 159 | 77 |
| 201 | 18472 | 2716 |
| 22 | 906 | 203 |
| 30 | 1460 | 362 |
| 11 | 1271 | 69 |
| 362 | 293173 | 4496 |
| **7,861** | **1,151,468** | **128,148** |