# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Florida

Case Number: 4:24-CV-00327-MW-MAF

Plaintiff:
**United Sovereign Americans, Inc. et al**

vs.

Defendant:
**Cord Byrd, et al.**

For:

VAN DER VEEN, HARTSHORN & LEVIN

Received by Vause's Process Service on the 9th day of September, 2024 at 3:48 pm to be served on **Cord Byrd Secretary of Florida, 500 S Bronough Street, Tallahassee, FL 32399**.

I, Richard Campbell, do hereby affirm that on the **11th day of September, 2024** at **4:25 pm, I:**

Served the listed **government agency**, by delivering a true copy of the **Summons, Petition for Relief in the Form of an Amended Writ of Mandamus** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **John Morris** as **Deputy Attorney General** at the address of **500 S Bronough Street, Tallahassee, FL 32399** for **Cord Byrd Secretary of Florida**, who is authorized to accept on behalf of the agency; and informed said person of the contents therein, in compliance with State Statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

Richard Campbell
I.D. #115 2nd Circuit
9/12/2024
Date

Vause's Process Service
P.O. Box 1777
Tallahassee, FL 32302-1777
(850) 656-2605

Our Job Serial Number: VPS-2024007247
Ref: 9177

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

UNITED SOVEREIGN AMERICANS INC et al , )
)
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 4:24-cv-00327-MW-MAF
)
)
)
CORD BYRD, et al, )
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Cord Byrd, Secretary of Florida
500 S. Bronough St.
Tallahassee, FL 32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bruce L. Castor, Jr.
van der Veen, Hartshorn, Levin, & Lindheim
1219 Spruce Street
Philadelphia, PA 19107
bcastor@mtvlaw.com
215.422.4194

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   09/04/2024        /s/ Samantha Buckhalt, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Florida

Case Number: 4:24-CV-00327-MW-MAF

Plaintiff:
**United Sovereign Americans, Inc. et al**

vs.

Defendant:
**Cord Byrd, et al.**

For:

VAN DER VEEN, HARTSHORN & LEVIN

Received by Vause's Process Service on the 9th day of September, 2024 at 3:48 pm to be served on **Florida Division of Elections, 500 S Bronough Street, Tallahassee, FL 32399**.

I, Richard Campbell, being duly sworn, depose and say that on the **11th day of September, 2024 at 4:25 pm, I:**

Served the listed **government agency**, by delivering a true copy of the **Summons, Petition for Relief in the Form of an Amended Writ of Mandamus** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **John Morris** as **Deputy General Counsel** at the address of **500 S Bronough Street, Tallahassee, FL 32399** for **Florida Division of Elections**, who is authorized to accept on behalf of the agency; and informed said person of the contents therein, in compliance with State Statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

_____
**Richard Campbell**
I.D. #115 2nd Circuit
9/12/2024
**Date**

**Vause's Process Service**
P.O. Box 1777
Tallahassee, FL 32302-1777
(850) 656-2605

Our Job Serial Number: VPS-2024007248
Ref: 9178

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | | |
|---|---|---|
| UNITED SOVEREIGN AMERICANS INC et al, <br><br> *Plaintiff(s)* <br> v. <br><br> CORD BYRD, et al, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:24-cv-00327-MW-MAF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Florida Division of Elections
500 S. Bronough St.
Tallahassee, FL 32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bruce L. Castor, Jr.
van der Veen, Hartshorn, Levin, & Lindheim
1219 Spruce Street
Philadelphia, PA 19107
bcastor@mtvlaw.com
215.422.4194

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  09/04/2024

*/s/* Samantha Buckhalt, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 4:24-CV-00327-MW-MAF

Plaintiff:
United Sovereign Americans, Inc. et al

vs.

Defendant:
Cord Byrd, et al.

For:

VAN DER VEEN, HARTSHORN & LEVIN

Received by Vause's Process Service on the 9th day of September, 2024 at 3:48 pm to be served on **Ashley Moody Attorney General of Florida, PI-01 The Capitol, Tallahassee, FL 32399**.

I, Richard Campbell, being duly sworn, depose and say that on the **16th day of September, 2024 at 4:24 pm, I:**

Served the listed **government agency**, by delivering a true copy of the **Summons, Petition for Relief in the Form of an Amended Writ of Mandamus** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **Paula Tripp as Paralegal** at the address of **PI-01 The Capitol, Tallahassee, FL 32399** for **Ashley Moody Attorney General of Florida**, who is authorized to accept on behalf of the agency, and informed said person of the contents therein, in compliance with State Statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

STATE OF FLORIDA
COUNTY OF LEON

The foregoing instrument was acknowledged before me by means of __ physical presence or ✓ online notarization on 9/17/2024, by: Richard Campbell who is personally known to me, or produced _____ as identification.

NOTARY PUBLIC

ROBYN BUDA
Commission # HH 094004
Expires March 1, 2025
Bonded Thru Budget Notary Services

Richard Campbell
I.D. #115 2nd Circuit
9/17/2024
Date

Vause's Process Service
P.O. Box 1777
Tallahassee, FL 32302-1777
(850) 656-2605

Our Job Serial Number: VPS-2024007249
Ref: 9179

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox.V9.0a

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS INC et al , <br><br> *Plaintiff(s)* <br> v. <br><br> CORD BYRD, et al, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 4:24-cv-00327-MW-MAF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hon. Ashley Moody
Office of Attorney General
PL-01, The Capitol
Tallahassee, FL. 32399


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bruce L. Castor, Jr.
van der Veen, Hartshorn, Levin, & Lindheim
1219 Spruce Street
Philadelphia, PA 19107
bcastor@mtvlaw.com
215.422.4194

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   09/04/2024                                                 /s/ Samantha Buckhalt, Deputy Clerk
                                                                    *Signature of Clerk or Deputy Clerk*